UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CRYPTO FREEDOM ALLIANCE OF TEXAS, et al.,** | § § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Case No. 4:24-cv-00361-O |
| **SECURITIES AND EXCHANGE COMMISSION, et al.,** | § § § § | |
| **Defendants.** | § | |

## ORDER

Before the Court is the Joint Notice of Parties' Conference and Proposed Briefing Schedule (ECF No. 16), filed May 3, 2024. In the Joint Notice, the parties advise that formal consolidation with the related case, *National Association of Private Fund Managers, et al. v. SEC*, No. 4:24-cv-00250-O (N.D. Tex., Mar. 18 2024), is unnecessary due to the distinct arguments raised in this case. ECF No. 16 at 2. However, the parties agree that this matter should be resolved on a similar timeline given that both cases involve challenges to the same final rule promulgated by the SEC. *Id.* at 1–2. Noting that the proposed schedule is jointly made and finding the format appropriate for this case, the Court **ENTERS** the following schedule:

- **May 10, 2024**: Defendants' certified list describing administrative record
- **May 17, 2024**: Plaintiffs' motion for summary judgment
- **June 26, 2024**: Defendants' combined opposition / cross-motion for summary judgment
- **July 29, 2024**: Plaintiffs' combined reply / opposition
- **August 30, 2024**: Defendants' reply

Additionally, the Court **WAIVES** the SEC's obligations regarding its answer, discovery, and the filing of statements of undisputed material facts.

**SO ORDERED** on this **6th** day of **May, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE