# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **CRYPTO FREEDOM ALLIANCE OF TEXAS, et al.,** | § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **Case No. 4:24-cv-00361-O** |
| **SECURITIES AND EXCHANGE COMMISSION, et al.,** | § § § | |
| **Defendants.** | § § | |

## ORDER

Before the Court is the Unopposed Motion of Paradigm Operations LP for Leave to File *Amicus Curiae* Brief (ECF No. 31), filed May 24, 2024. Paradigm Operations LP seeks leave to file an *amicus curiae* brief to "provide the Court with unique insight regarding the likely effect of the SEC's final rule," which includes "important industry context." ECF No. 31 at 1. The Court may exercise its "discretion to consider 'amicus' briefing where 'the proffered information is timely and useful or otherwise necessary to the administration of justice.'" *United States ex rel. Long v. GSD & M Idea City LLC*, No. 3:11-CV-1154-O, 2014 WL 11321670, at *4 (N.D. Tex. Aug. 8, 2014) (citation omitted). Having considered the reasons in support of this filing and noting the lack of opposition from any party, the Court exercises its discretion to **GRANT** leave to file the *amicus curiae* brief. Accordingly, the Clerk of Court is **DIRECTED** to file Paradigm Operations LP's brief (ECF No. 31-1) as a separate docket entry.

**SO ORDERED** on this **28th** day of **May, 2024**.

Reed O'Connor

**UNITED STATES DISTRICT JUDGE**