UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CRYPTO FREEDOM ALLIANCE OF TEXAS, et al.,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 4:24-cv-00361-O |
| **SECURITIES AND EXCHANGE COMMISSION, et al.,** | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court are Plaintiffs' National Association of Private Fund Managers, et al.'s ("NAPFM's") Motion for Summary Judgment (ECF No. 28), filed April 30, 2024; Defendant Securities and Exchange Commission's ("SEC's") Cross-Motion for Summary Judgment (ECF No. 38), filed June 11, 2024; NAPFM's Reply and Opposition (ECF No. 41), filed July 18, 2024; and the SEC's Reply and Opposition (ECF No. 43), filed August 22, 2024. Also before the Court in a related case[1] are Plaintiffs' Crypto Freedom Alliance of Texas, et al.'s ("Crypto Alliance's") Motion for Summary Judgment (ECF No. 28), filed May 17, 2024; Defendant SEC's Cross-Motion for Summary Judgment (ECF No. 38), filed June 26, 2024; Crypto Alliance's Reply and Opposition (ECF No. 44), filed July 29, 2024; and the SEC's Reply and Opposition (ECF No. 46), filed August 30, 2024.

Both NAPFM and Crypto Alliance challenge a Final Rule promulgated by the SEC but raise distinct arguments in each of their actions. All parties agree that this matter should be resolved on a similar timeline given that both cases involve challenges to the same Final Rule and

---

[1] *See Crypto Freedom All. of Tex. et al. v. SEC*, No. 4:24-cv-361-O (N.D. Tex.).

request a decision from the Court by December 2, 2024. Accordingly, the Court sets in-person oral argument on **Thursday, November 14, 2024**, at **9:00 am** to discuss the legal arguments presented in the parties' briefing regarding the SEC's Final Rule. The hearing will convene in the Second Floor Courtroom, **501 W. 10th Street, Fort Worth, Texas** and will proceed as follows:

- Counsel for the **NAPFM** will be given **20 minutes** to present their legal arguments.
- Counsel for the **Crypto Alliance** will be given **20 minutes** to present their legal arguments.
- Counsel for the **SEC** will be given **40 minutes** to present their legal arguments.
- Counsel for the **NAPFM** will be given **10 minutes** for rebuttal.
- Counsel for the **Crypto Alliance** will be given **10 minutes** for rebuttal.

**SO ORDERED** on this **1st day** of **November, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE