UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CRYPTO FREEDOM ALLIANCE OF TEXAS and BLOCKCHAIN ASSOCIATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION and GARY GENSLER, in his official capacity as Chairman of the Securities and Exchange Commission,<br><br>*Defendants*. | Case No: 4:24-cv-00361-O |

**MOTION TO WITHDRAW AS COUNSEL**

Plaintiffs the Crypto Freedom Alliance of Texas and the Blockchain Association hereby move this Court for an order, pursuant to Local Rule 83.12(a), permitting Cooper F. Godfrey to withdraw as counsel for Plaintiffs in this matter, as his employment with the law firm Sullivan & Cromwell LLP will conclude on January 17, 2025. Plaintiffs continue to be represented by: Jeffrey B. Wall, Judson O. Littleton, Elizabeth A. Rose, and Oliver W. Engebretson-Schooley of Sullivan & Cromwell LLP, located at 1700 New York Avenue NW, Suite 700, Washington, D.C. 20006-5215; and Randy D. Gordon, John S. Polzer, Roger C. Diseker, Christopher A. Brown, and Joakim G. Soederbaum of

Duane Morris LLP, located at 777 Main Street, Suite 2790, Fort Worth, TX 76102.  A proposed order is attached.

Dated:  January 17, 2025
         /s/ *Cooper F. Godfrey*
COOPER F. GODFREY
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C.  20006-5215
Tel:  (202) 956-7500
godfreyc@sullcrom.com

*Counsel for Plaintiffs Crypto Freedom Alliance of Texas and Blockchain Association*

## CERTIFICATE OF WORD COUNT

This motion complies with the Court's word count requirement because it contains 126 words.

Dated:  January 17, 2025               */s/ Cooper F. Godfrey*
                                        COOPER F. GODFREY

## CERTIFICATE OF SERVICE

On January 17, 2025, I electronically filed the above motion with the clerk of the court for the U.S. District Court, Northern District of Texas. I certify that I have served all parties electronically or by other manner authorized by Federal Rule of Civil Procedure 5(b)(2).


Dated: January 17, 2025                  /s/ *Cooper F. Godfrey*
                                         COOPER F. GODFREY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CRYPTO FREEDOM ALLIANCE OF TEXAS and BLOCKCHAIN ASSOCIATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>SECURITIES AND EXCHANGE COMMISSION and GARY GENSLER, in his official capacity as Chairman of the Securities and Exchange Commission,<br><br>*Defendants*. | Case No: 4:24-cv-00361-O |

**[PROPOSED] ORDER**

The Court hereby **GRANTS** Plaintiffs' motion for Cooper F. Godfrey to withdraw as counsel for Plaintiffs the Crypto Freedom Alliance of Texas and the Blockchain Association in the above-captioned matter.

SO ORDERED.

Dated: _____

_____
REED C. O'CONNOR
UNITED STATES DISTRICT JUDGE